**In re: Arthur Lee HAIRSTON, Sr., Petitioner.**

No. 04–7922.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 27, 2005.

Decided: Sept. 29, 2005.

Arthur Lee Hairston, Sr., Petitioner Pro Se.

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

* The parties consented to the jurisdiction of the magistrate judge under 28 U.S.C. § 636(c)

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Arthur Lee Hairston, Sr., filed a petition for writ of mandamus seeking an order requiring the district court to process his notice of appeal. However, the appeal in question is proceeding and is currently pending in this court. Accordingly, although we grant permission to proceed in forma pauperis, we deny the mandamus petition as moot. We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*